UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HOPE EBEH,**

    **Plaintiff,**

v.                                        **Case No. 8:19-cv-1859-T-60AAS**

**FLORIDA DEPARTMENT OF REVENUE,**
et al.,

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

After reviewing Hope Ebeh's complaint (Doc. 1), the court deferred ruling on Ebeh's motion for leave to proceed *in forma pauperis* pending Ebeh amending his complaint by September 6, 2019. (Doc. 10). The court deferred ruling based on lack of jurisdiction over this child support enforcement matter. (*Id.*).

Ebeh moved for reconsideration of the court's order deferring ruling. (Doc. 11). The order denying Ebeh's motion for reconsideration reiterated the court lack of jurisdiction over this matter. (Doc. 12); *see Lawton v. Rosen*, 559 F. App'x 973, 974 (11th Cir. 2014) (upholding dismissal for lack of subject matter jurisdiction under *Rooker-Feldman* where claims "attacked the validity of the child-support proceedings already litigated in state court and the judgments that resulted from those proceedings"); *Gogola v. Zingale*, 141 F. App'x 839, 842 (11th Cir. 2005) (affirming dismissal of a complaint as barred by *Rooker-Feldman* because the plaintiff's

1

challenge to the constitutionality of a state's alimony laws was an attempt to reverse state court orders requiring such payments); *Mugarra v. General Attorney Office*, No. 8:11-CV-1349-T-27MAP, 2011 WL 3629169, at *2 (M.D. Fla. Aug. 1, 2011), report and recommendation adopted, No. 8:11-CV-1349-T-27MAP, 2011 WL 3648637 (M.D. Fla. Aug. 18, 2011) (dismissing action part on *Rooker-Feldman* where the plaintiff sought review of child support hearing officer's denial of child support adjustment).

For these reasons, it is **RECOMMENDED** that Ebeh's motion for leave to proceed *in forma pauperis* (Doc. 8) be **DENIED**, and the complaint (Doc. 1) be **DISMISSED**.

**ENTERED** in Tampa, Florida on October 3, 2019.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

## **NOTICE**

Mr. McClam has fourteen days from the date he is served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.

cc:

Hope Ebeh
11916 Southern Palms Ct
Thonotosassa, Fl 33592